# U.S. District Court
# California Northern District (San Francisco)
# CIVIL DOCKET FOR CASE #: 3:19–cv–01520–SK

Fan v. Delta Air Lines, Inc.  
Assigned to: Magistrate Judge Sallie Kim  
Cause: 28:1332 Diversity–(Citizenship)

Date Filed: 03/22/2019  
Date Terminated: 05/24/2019  
Jury Demand: Plaintiff  
Nature of Suit: 790 Labor: Other  
Jurisdiction: Diversity

**Plaintiff**

**Howard Fan**  
*individually and on behalf of all others similarly situated*

represented by **Matthew John Matern**  
Matern Law Group, PC  
1230 Rosecrans Avenue, Suite 200  
Manhattan Beach, CA 90266  
(310) 531–1900  
Fax: (310) 531–1901  
Email: MMatern@maternlawgroup.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Eileen B. Goldsmith**  
Alshuler Berzon LLP  
177 Post Street, Suite 300  
San Francisco, CA 94108  
415–421–7151  
Fax: 415–362–8064  
Email: egoldsmith@altshulerberzon.com  
*ATTORNEY TO BE NOTICED*

**Eric Prince Brown**  
Altshuler Berzon LLP  
177 Post Street, Suite 300  
San Francisco, CA 94108  
415–421–7151  
Fax: 415–362–8064  
Email: ebrown@altber.com  
*ATTORNEY TO BE NOTICED*

**James M. Finberg**  
Altshuler Berzon LLP  
177 Post Street, Suite 300  
San Francisco, CA 94108  
415–421–7151  
Fax: 415–362–8064  
Email: jfinberg@altshulerberzon.com  
*ATTORNEY TO BE NOTICED*

**Matthew Warren Gordon**  
Matern Law Group, PC  
1230 Rosecrans Avenue, Suite 200  
Manhattan Beach, CA 90266

|  |  |
|---|---|
|  | 310–531–1900<br>Fax: 310–531–1901<br>Email: mgordon@maternlawgroup.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Scott Ashford Brooks**<br>Matern Law Group, PC<br>1230 Rosecrans Avenue, Suite 200<br>Manhattan Beach, CA 90266<br>310–531–1900<br>Fax: 310–531–1901<br>Email: sbrooks@maternlawgroup.com<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Delta Air Lines, Inc.**<br>*a Delaware corporation* | represented by | **Daryl Steven Landy**<br>Morgan Lewis & Bockius LLP<br>600 Anton Boulevard, Suite 1800<br>Costa Mesa, CA 926267653<br>714–830–0600<br>Fax: 714–830–0700<br>Email: dlandy@morganlewis.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Andrew Paul Frederick**<br>Morgan Lewis & Bockius LLP<br>1400 Page Mill Road<br>Palo Alto, CA 94304<br>(650) 843–7565<br>Fax: (650) 843–4001<br>Email: andrew.frederick@morganlewis.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Nicole L. Antonopoulos**<br>Morgan Lewis & Bockius LLP<br>1400 Page Mill Road<br>Palo Alto, CA 94304<br>650–843–4000<br>Fax: 650–843–4001<br>Email: nicole.antonopoulos@morganlewis.com<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/22/2019 | Ï 1 | CLASS ACTION COMPLAINT for: *(1) Failure to Pay Overtime Wages [Cal. Labor Code Sections 510, 1194]; (2) Failure to Pay Timely Wages [Cal. Labor Code Section 204]; (3) Failure to Furnish Accurate Wage Statements [Cal. Labor Code Section 226]; (4) Failure to Maintain Required Records [Cal. Labor Code Sections 226, 1174]; (5) Failure to Pay All Wages Due to Discharged and Quitting Employees [Cal. Labor Code Section 203]; (6) Unfair and Unlawful* |

|            |      |  |
|------------|------|--|
|            |      | *Business Practices [Cal. Bus. & Prof. Code Section 17200 et seq.]; (7) Representative Action for Civil Penalties Under The Labor Code Private Attorneys General Act of 2004 [Cal. Labor Code Section 2698 et seq.], and Demand for Jury Trial* against Delta Air Lines, Inc., (Filing Fee $400.00, receipt number 0971–13197158). Filed by Howard Fan. (Attachments: #(1) Civil Cover Sheet)(Matern, Matthew) (Filed on 3/22/2019) Modified on 3/26/2019 (tnS, COURT STAFF). (Entered: 03/22/2019) |
| 03/22/2019 | Ï 2  | Proposed Summons. (Matern, Matthew) (Filed on 3/22/2019) (Entered: 03/22/2019) |
| 03/25/2019 | Ï 3  | Case assigned to Magistrate Judge Sallie Kim.<br><br>Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E–Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening.<br><br>Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. Counsel is required to send chambers a copy of the initiating documents pursuant to L.R. 5–1(e)(7). A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. Consent/Declination due by 4/8/2019. (srnS, COURT STAFF) (Filed on 3/25/2019) (Entered: 03/25/2019) |
| 03/26/2019 | Ï 4  | **Initial Case Management Scheduling Order with ADR Deadlines: This case may fall within the Pilot Program for Initial Discovery Protocols for Employment Cases Alleging Adverse Action. See <u>General Order 71</u>. Parties and Counsel are directed to review General Order 71 to determine whether it applies to this case, and to comply with that General Order if applicable. Joint Case Management Statement due by 6/17/2019. Initial Case Management Conference set for 6/24/2019 at 1:30 PM in San Francisco, Courtroom C, 15th Floor. (tnS, COURT STAFF) (Filed on 3/26/2019) (Entered: 03/26/2019)** |
| 03/26/2019 | Ï 5  | Summons Issued as to Defendant Delta Air Lines, Inc.. (tnS, COURT STAFF) (Filed on 3/26/2019) (Entered: 03/26/2019) |
| 04/03/2019 | Ï 6  | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Howard Fan.. (Finberg, James) (Filed on 4/3/2019) (Entered: 04/03/2019) |
| 05/08/2019 | Ï 7  | WAIVER OF SERVICE Returned Executed filed by Howard Fan. Service waived by Delta Air Lines, Inc. waiver sent on 4/10/2019, answer due 6/10/2019. (Matern, Matthew) (Filed on 5/8/2019) (Entered: 05/08/2019) |
| 05/08/2019 | Ï 8  | Certification of Interested Entities or Persons filed by Howard Fan (Matern, Matthew) (Filed on 5/8/2019) (Entered: 05/08/2019) |
| 05/23/2019 | Ï 9  | NOTICE of Appearance by Daryl Steven Landy (Landy, Daryl) (Filed on 5/23/2019) (Entered: 05/23/2019) |
| 05/23/2019 | Ï 10 | NOTICE of Appearance by Andrew Paul Frederick (Frederick, Andrew) (Filed on 5/23/2019) (Entered: 05/23/2019) |
| 05/23/2019 | Ï 11 | STIPULATION AND [PROPOSED] ORDER *to Transfer Venue from this Court to the United States District Court for the Central District of California* filed by Delta Air Lines, Inc.. (Attachments: #(1) [Proposed] Order Granting Stipulation to Transfer Venue from this Court to the United States District Court for the Central District of California)(Frederick, Andrew) (Filed on 5/23/2019) (Entered: 05/23/2019) |
| 05/23/2019 | Ï 12 | NOTICE of Appearance by Nicole L. Antonopoulos (Antonopoulos, Nicole) (Filed on 5/23/2019) (Entered: 05/23/2019) |

| | | |
|---|---|---|
| 05/24/2019 | Ï 13 | **ORDER by Magistrate Judge Sallie Kim granting 11 Stipulation to Transfer Venue. The Court transfers the action to the United States District Court for the Central District of California. (mklS, COURT STAFF) (Filed on 5/24/2019) (Entered: 05/24/2019)** |
| 05/24/2019 | Ï | case electronically transmitted to the Central District of California. (tnS, COURT STAFF) (Filed on 5/24/2019) (Entered: 05/24/2019) |