MATTHEW J. MATERN (SBN 159798)
mmatern@maternlawgroup.com
SCOTT A. BROOKS (SBN 160115)
sbrooks@maternlawgroup.com
MATTHEW W. GORDON (SBN 267971)
mgordon@maternlawgroup.com
1230 Rosecrans Avenue, Suite 200
Manhattan Beach, CA 90266
Tel: (310) 531-1900
Facsimile: (310) 531-1901

JAMES M. FINBERG (SBN 114850)
jfinberg@altber.com
EILEEN B. GOLDSMITH (SBN 218029)
egoldsmith@altber.com
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
Fax: (415) 362-8064

Attorneys for Plaintiff Howard Fan and
a proposed class of persons similarly
situated

(Additional Counsel Listed on Next Page)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD FAN, individually and on behalf of all others similarly situated,<br><br>                 Plaintiff,<br><br>vs.<br><br>DELTA AIR LINES, INC., a Delaware corporation; and DOES 1-50, inclusive,<br><br>                 Defendants. | CASE NO. 2:19-cv-04599-SVW-SS<br><br>**STIPULATION VACATING ALL CASE DEADLINES PENDING COMPLETION OF SETTLEMENT APPROVAL PROCESS**<br><br>Hon. Stephen V. Wilson |

1

STIPULATION VACATING ALL CASE DEADLINES PENDING COMPLETION OF
SETTLEMENT APPROVAL PROCESS
2:19-cv-04599-SVW-SS

MORGAN, LEWIS & BOCKIUS LLP
Robert Jon Hendricks, State Bar No. 179751
rj.hendricks@morganlewis.com
Nicole L. Antonopoulos, State Bar No. 306882
nicole.antonopoulos@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: (415) 442.1000
Facsimile: (415) 442.1001

MORGAN, LEWIS & BOCKIUS LLP
Daryl S. Landy, State Bar No. 136288
daryl.landy@morganlewis.com
600 Anton Boulevard, Suite 1800
Costa Mesa, CA  92626-7653
Tel:   (714) 830.0600
Fax:  (714) 830.0700

MORGAN, LEWIS & BOCKIUS LLP
Andrew P. Frederick, State Bar No. 284832
andrew.frederick@morganlewis.com
1400 Page Mill Road
Palo Alto, CA  94304
Tel:   (650) 843.4000
Fax:   (650) 843.4001

Attorneys for Defendant
DELTA AIR LINES, INC.

STIPULATION VACATING ALL CASE DEADLINES PENDING COMPLETION OF
SETTLEMENT APPROVAL PROCESS
2:19-cv-04599-SVW-SS

1

2      Whereas, Defendant Delta Air Lines, Inc., ("Delta"), and Plaintiff Howard

3  Fan ("Fan"), on behalf of all others similar situated (collectively "the Parties"),

4  participated in a mediation on September 16, 2019.

5      Whereas, the Parties have reached an agreement to settle the case, and have

6  signed a Memorandum of Understanding setting forth the material terms of their

7  Settlement.

8      Whereas, the Parties intend to enter into a final, complete, fully executed

9  Settlement Agreement by September 30, 2019, and to file a Motion for Preliminary

10 Approval of that Settlement by October 14, 2019.

11      The Parties, through their counsel of record, hereby stipulate and agree as

12 follows:

13      1.      All deadlines in this case (including Plaintiff's deadline to file a

14 Motion for Class Certification by September 23, 2019, and the trial date of January

15 28, 2020) are vacated pending completion of the settlement approval process.

16      2.      The Parties shall execute a final, complete, Settlement Agreement by

17 September 30, 2019, and Plaintiff shall file a motion for Preliminary Approval of

18 the settlement by October 14, 2019.

19

20

21

22

23

24

25

26

27

28

STIPULATION VACATING ALL CASE DEADLINES PENDING COMPLETION OF
SETTLEMENT APPROVAL PROCESS
2:19-cv-04599-SVW-SS

1  DATED: September 17, 2019        Respectfully submitted,

2                                   MATERN LAW GROUP, PC
                                    Matthew J. Matern
3                                   Scott A. Brooks
                                    Matthew W. Gordon
4

5                                   ALTSHULER BERZON LLP
                                    James M. Finberg
6                                   Eileen B. Goldsmith

7

8                            By:    */S/James M. Finberg*
                                    James M. Finberg
9                                   *Attorneys for Plaintiff Howard Fan*
                                    *and the Proposed Class*
10

11

12

13 DATED: September 17, 2019        MORGAN, LEWIS & BOCKIUS LLP
                                    Daryl S. Landy
14                                  Robert Jon Hendricks
                                    Andrew P. Frederick
15                                  Nicole L. Antonopoulos

16

17

18                           By:    */S/Andrew P. Frederick*
                                    Andrew P. Frederick
19                                  *Attorneys for Defendant*
                                    *Delta Air Lines, Inc.*
20

21

22

23

24

25

26

27

28
                                       4