MATTHEW J. MATERN (SBN 159798)
mmatern@maternlawgroup.com
SCOTT A. BROOKS (SBN 160115)
sbrooks@maternlawgroup.com
MATTHEW W. GORDON (SBN 267971)
mgordon@maternlawgroup.com
1230 Rosecrans Avenue, Suite 200
Manhattan Beach, CA 90266
Tel: (310) 531-1900
Facsimile: (310) 531-1901

JAMES M. FINBERG (SBN 114850)
jfinberg@altber.com
EILEEN B. GOLDSMITH (SBN 218029)
egoldsmith@altber.com
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
Fax: (415) 362-8064

Attorneys for Plaintiff Howard Fan and a proposed class of persons similarly situated

(Additional Counsel Listed on Next Page)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HOWARD FAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DELTA AIR LINES, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. 2:19-cv-04599-SVW-SS<br><br>[Assigned to Hon. Stephen V. Wilson; Magistrate Judge: Hon. Suzanne H. Segal]<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: November 18, 2019<br>Time: 1:30 p.m.<br>Courtroom: 10A<br>Judge: Hon. Stephen V. Wilson |

NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
2:19-cv-04599-SVW-SS

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on November 18, 2019 at 1:30 p.m. or as soon thereafter as the matter can be heard in Courtroom 10A of the United States District Court for the Central District of California located at the 350 W. 1st Street, Los Angeles, California, Plaintiff Howard Fan, will, and hereby does, move the Court as follows:

1. To preliminarily approve the Stipulation of Settlement ("Settlement Agreement") between Plaintiff and the Proposed Settlement Class, and Defendant Delta Air Lines, Inc.;

2. To set dates for the submission of objections and opt-outs;

3. To set dates for the fairness hearing regarding final approval of the Settlement Agreement, a class representative service award, administrative fees and Class Counsel's motion for an award of attorneys' fees and costs;

4. To approve the form and authorize the mailing of the proposed Notice of Settlement.

5. To certify the following settlement class:

> "All persons employed by Delta Air Lines, Inc., in non-exempt positions in California (except flight attendants and pilots) at any time from July 1, 2017, through [The date of preliminary approval] (the "Class Period")."

6. Appoint Howard Fan as Class Representative; and

7. Appoint Altshuler Berzon LLP and Matern Law Group, PC, as Class Counsel.

This motion is made on the grounds that the Settlement Agreement, which provides for a non-reversionary payment of $3.5 million, "is the product of serious, informed, non-collusive negotiations, has no obvious deficiencies, does not improperly grant preferential treatment to class representatives or segments of the

class, and falls within the range of possible approval," such that preliminary approval is appropriate. *In re Tableware Antitrust Litig.*, 484 F. Supp. 2d 1078, 1079 (N.D. Cal. 2007) (quoting *Schwartz v. Dallas Cowboys Football Club, Ltd.*, 157 F. Supp. 2d 561, 570 n.12 (E.D. Pa. 2001)). Further, the proposed notice of settlement complies with due process requirements and is the "best notice that is practicable under the circumstances," as it provides Class Members an opportunity to fully assess the Settlement, including Plaintiff's motion for attorneys' fees and costs, before deciding whether to opt-out or submit objections. F.R.C.P. 23(c)(2)(B).

  The motion is based upon this Notice, the accompanying Memorandum of Points and Authorities and Declarations of Matthew J. Matern and James M. Finberg and all exhibits thereto, the complete files and records in this action, and any other evidence or oral argument which may be considered by the Court at the time of the hearing.

DATED: October 15, 2019    Respectfully submitted,

By: */S/James M. Finberg*
James M. Finberg
**ALTSHULER BERZON LLP**
James M. Finberg
Eileen B. Goldsmith

**MATERN LAW GROUP, PC**
Matthew J. Matern
Scott A. Brooks
Matthew W. Gordon

*Attorneys for Plaintiff Howard Fan and a proposed class of persons similarly situated*