# EXHIBIT I

<u>1464.001 Costs thru 12.31.19</u>

| <u>Category</u> | <u>Cost</u> |
|---|---:|
| Court Electronic Records | $14.90 |
| Courier | $35.80 |
| Online Legal Research | $177.36 |
| Copies/Printing | $3,427.60 |
| Telephone | $28.67 |
| Postage | $10.15 |
| Travel | $2,756.74 |
| | <u>$6,451.22</u> |