1

**MATERN LAW GROUP, PC**
MATTHEW J. MATERN (SBN 159798)
2
mmatern@maternlawgroup.com
MATTHEW W. GORDON (SBN 267971)
3
mgordon@maternlawgroup.com
SCOTT A. BROOKS (SBN 160115)
4
sbrooks@maternlawgroup.com
1230 Rosecrans Avenue, Suite 200
5
Manhattan Beach, CA 90266
Telephone: (310) 531-1900
6
Facsimile: (310) 531-1901

7

**ALTSHULER BERZON LLP**
JAMES M. FINBERG (SBN 114850)
8
jfinberg@altshulerberzon.com
EILEEN B. GOLDSMITH (SBN 218029)
9
egoldsmith@altshulerberzon.com
177 Post Street, Suite 300
10
San Francisco, CA 94108
Telephone: (415) 421-7151
11
Facsimile: (415) 362-8064

12
Class Counsel and Attorneys for
Plaintiff HOWARD FAN,
13
individually, and on behalf of others
similarly situated

14

15
IN THE UNITED STATES DISTRICT COURT

16
FOR THE CENTRAL DISTRICT OF CALIFORNIA

17

18

| | |
|---|---|
| HOWARD FAN, individually and on behalf of all others similarly situated, | No. 2:19-cv-04599-SVW-SS |
| | [Assigned to Hon. Stephen V. Wilson, Courtroom 10A; Magistrate Judge: Hon. Suzanne H. Segal] |
| Plaintiff, | |
| v. | **DECLARATION OF JEFF MOORE IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS** |
| DELTA AIRLINES, INC., a Delaware corporation, | |
| Defendant. | Date: March 9, 2020 |
| | Time: 1:30 p.m. |
| | Ctrm: 10A |
| | Judge: Hon. Stephen V. Wilson |

19

20

21

22

23

24

25

26

27

28

I, Jeff Moore, declare as follows:

1.      I am employed as a Project Manager, Class Action Services, by KCC, LLC ("KCC"), located at 3301 Kerner Boulevard, San Rafael, California.  KCC was appointed as the Settlement Administrator in this matter and is not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently to them.

2.      On December 27, 2019, KCC caused the Notice of Class Action Settlement (the "Notice") to be printed and mailed to the three thousand three hundred and eighty five (3,385) names and mailing addresses on the Class List provided by counsel for Delta Air Lines, Inc.

3.      The deadline for Class Members to request to be excluded from the class is February 10, 2020.  As of the date of this declaration, KCC has received two (2) requests for exclusion.

4.      The deadline for Class Members to object to the settlement is February 10, 2020.  As of the date of this declaration, KCC has received zero (0) objections to the settlement.

5.      KCC has preliminarily calculated the Class Member settlement awards. These calculations are based on the assumptions that the gross settlement amount is $3,500,000.00, and from that amount, deductions are made for: (a) attorneys' fees ($1,166,666.67); (b) attorneys' costs ($25,000.00) (c) named plaintiff award ($10,000.00); (d) payment to the California Labor & Workforce Development Agency ($100,000.00); and (e) administration costs ($45,000.00). The remaining amount ($2,153,333.33; the "Net Settlement Fund") will be allocated pursuant to the terms of the settlement to those Class Members preliminarily approved for payment. Currently, the average and maximum class member allocations are estimated to be $636.52 and $899.80, respectively. Should the Court-awarded fees or costs differ than those shown above, or if the list of Class

1

Members approved for payment and/or their class data changes, the estimated award allocation calculations will change accordingly.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of January 2020 at San Rafael California.

_Jeff Moore_

Jeff Moore

2

DECLARATION OF JEFF MOORE IN SUPPORT OF PLAINTIFF'S
MOTION FOR ATTORNEYS' FEES AND COSTS
No. 2:19-cv-04599-SVW-SS